UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: CARLSON, PATRICIA A.  § Case No. 12-80572
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 09/05/2012 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  07/26/2012          By:  /s/JAMES E. STEVENS
                                                                                     Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: CARLSON, PATRICIA A. § Case No. 12-80572
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 8,000.00 |
| *and approved disbursements of* | $ 25.00 |
| *leaving a balance on hand of* [1] | $ 7,975.00 |
| **Balance on hand:** | $ 7,975.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | | None | | |

| | |
|---:|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,975.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JAMES E. STEVENS | 1,550.00 | 0.00 | 1,550.00 |
| Attorney for Trustee, Fees - Barrick, Switzer Law Firm | 1,026.00 | 0.00 | 1,026.00 |

| | |
|---:|---:|
| Total to be paid for chapter 7 administration expenses: | $ 2,576.00 |
| Remaining balance: | $ 5,399.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|   |   |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 5,399.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|   |   |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 5,399.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,603.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 39.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express Bank, FSB | 980.19 | 0.00 | 389.02 |
| 2 | Hany Afram | 11,288.70 | 0.00 | 4,480.22 |
| 3 | PYOD, LLC its successors and assigns as assignee | 1,334.83 | 0.00 | 529.76 |

|   |   |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 5,399.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 12-80572-MB
Patricia A. Carlson                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: lorsmith            Page 1 of 2           Date Rcvd: Aug 10, 2012
                              Form ID: pdf006           Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2012.
```
db           +Patricia A. Carlson,    1307 Easton Pkwy.,    Rockford, IL 61108-4029
18896538      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
18509660      Chase,   PO Box 9001871,    Louisville, KY 40290-1871
18509661      Citi Hilton Honors VISA,    PO Box 6500,    Sioux Falls, SD 57117-6500
18509662     +Equifax,   ATTN: Bankruptcy Dept,    PO Box 740241,    Atlanta, GA 30374-0241
18509663     +Experian,   Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
19013863     +Hany Afram,   5323 Deer Pointe,    Rockford IL 61114-7075
18509665      Hany Afram,   5329 Deer Pointe,    Rockford, IL 61114
18509666      Hilton Honors American Express,    Box 0001,   Los Angeles, CA 90096-0001
18509667      Transunion,   Attn: Bankruptcy Dept.,    PO Box 1000,   Crum Lynne, PA 19022
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18509664     +E-mail/Text: bankruptcy@gsb.com Aug 11 2012 00:24:07     Glenview State Bank,   800 Waukegan Rd.,
               Glenview, IL 60025-4310
19125303     +E-mail/Text: resurgentbknotifications@resurgent.com Aug 11 2012 00:16:42
               PYOD, LLC its successors and assigns as assignee,    of Citibank,   Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 2
```

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 12, 2012**          **Signature:** *Joseph Speetjens*

```
District/off: 0752-3          User: lorsmith              Page 2 of 2              Date Rcvd: Aug 10, 2012
                              Form ID: pdf006             Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2012 at the address(es) listed below:

```
              Annie W Lopez    on behalf of Creditor   JP Morgan Chase Bank, N.A. alopez@fal-illinois.com
              David L Davitt    on behalf of Debtor Patricia Carlson ddavitt@rockriverlaw.com,
               bethhugdahl@rockriverlaw.com;davittlegal@gmail.com
              James E Stevens    on behalf of Trustee James Stevens jimstevens@bslbv.com
              James E Stevens    jimstevens@bslbv.com,   IL48@ecfcbis.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 5
```